UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. JANIS L. SAMMARTINO

| UNITED STATES OF AMERICA, | CASE NO.: 22CR00361 |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | |
| DAVID CRUZ | ORDER TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing currently set for March 25, 2022 at 1:30 p.m., be continued to April 29, 2022 at 1:30 p.m.

It is further ordered that the time between March 25, 2022 and April 29, 2022, is excluded under the Speedy Trial Act, in the interests of justice, pursuant to Title 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A).

**SO ORDERED.**

Dated: March 16, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge